```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

AILEEN ROBBINS BUCK                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 3:13CV599TSL-JCG

THE COMMISSIONER OF                                    RESPONDENT
SOCIAL SECURITY


<u>ORDER</u>

 This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge John C. Gargiulo, and the court, having fully reviewed the report and recommendation entered in this cause on December 21, 2015, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

 IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge John C. Gargiulo entered on December 21, 2015, be, and the same is hereby adopted as the finding of this court, and the complaint is hereby dismissed with prejudice.

 A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

 SO ORDERED this 14th day of January, 2016.


         /s/Tom S. Lee
        UNITED STATES DISTRICT JUDGE